UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 2:13-cr-32-FtM-38UAM

JOSE MIGUEL FIGUEROA

**FORFEITURE MONEY JUDGMENT AND PRELIMINARY
ORDER OF FORFEITURE FOR SPECIFIC ASSET**

Before the Court is the United States motion for a forfeiture money judgment against defendant Jose Miguel Figueroa in the amount of $20,479.00, and a preliminary order of forfeiture for $9,923.00 in United States currency, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure.

Being fully advised in the premises, the Court finds that the defendant obtained $30,402.00 as a result of the three bank robberies, in violation of 18 U.S.C. § 2113(a), for which he was convicted as charged in Counts One, Two, and Three of the Indictment. The Court further finds that the government has established the requisite nexus between the $9,923.00 in U.S. currency seized from the defendant's vehicle at the time of his arrest and the offense charged in Count Three of the Indictment.

Thus, the United States is entitled to possession of the $9,923.00 in U.S. currency, and a forfeiture money judgment against the defendant in the amount of $20,479.00, pursuant to Federal Rule of Criminal Procedure 32.2(b)(2). Under 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), the United States is

entitled to forfeit any property belonging to the defendant in satisfaction of the $20,479.00 money judgment.

Accordingly, it is hereby **ORDERED** that:

1. The motion of the United States is **GRANTED**.

2. Pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, defendant Jose Miguel Figueroa is personally liable to the United States for a forfeiture money judgment in the amount of $20,479.00.

3. It is **FURTHER ORDERED** that the $9,923.00 in U.S. currency is FORFEITED to the United States of America for disposition according to law, subject to the provisions of 21 U.S.C. § 853, as incorporated by 28 U.S.C. § 2461(c).

ORDERED in Fort Myers, Florida, on October 23, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to: All Parties of Record